United States District Court
Southern District of Texas
**ENTERED**
July 26, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERRY BULLOCK, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | C.A. NO. 4:15-CV-3645 |
| | § | |
| FLUOR ENTERPRISES, INC. AND | § | |
| FLUOR CORPORATION, | § | |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

The Court, having considered the parties' Stipulation of Dismissal with Prejudice, now enters FINAL JUDGMENT in this case. It is hereby ORDERED, ADJUDGED, AND DECREED that:

1. all claims asserted in the above-captioned action are dismissed with prejudice; and

2. each party shall bear hers or its own costs and attorneys' fees.

SO ORDERED this __26__ day of __July__ 2017.

_____
UNITED STATES DISTRICT COURT